**Hector Froilan RAMIREZ–GALLO, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 00–71110.

INS No. A73–428–287.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Hector Froilan Ramirez–Gallo ("Petitioner") petitions for review of the final order of deportation entered by the Board of Immigration Appeals ("BIA") on July 31, 2000. Petitioner was served with an order to show cause ("OSC") on September 19, 1996, less than seven years after he entered the United States on February 23, 1990. At a hearing on February 9, 1998, the Immigration Judge denied Petitioner's application for suspension of deportation because Petitioner had failed to meet the continuous physical presence requirement before being served with the OSC and thus was statutorily ineligible for suspension. On appeal, the BIA affirmed.

Petitioner contends that he was eligible for suspension of deportation and challenges the BIA's decision that the "stop-

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

time rule"—a new continuous physical presence requirement set forth in the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, 110 Stat. 3009–625—bars such relief in his case. Petitioner's arguments challenging the application of the stop-time rule are foreclosed by our recent decision in *Ram v. INS*, 243 F.3d 510 (9th Cir.2001).

PETITION FOR REVIEW DENIED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.